THE PEOPLE OF THE STATE OF NEW YORK ex rel. DANA WALLACE, as District Attorney of Queens County, Respondent, v. JOHN F. HYLAN and Others, Constituting the Board of Estimate and Apportionment of the City of New York,

Appellants:— Order granting peremptory mandamus order as against respondent affirmed as matter of law and not of discretion, with fifty dollars costs and disbursements to the relator. (Civil Practice Act, § 1336.) Blackmar, P. J., Rich, Putnam, Kelly and Manning, JJ., concur.